# EXHIBIT C

| CONTRATO DE CONTA GARANTIDA | REVOLVING CREDIT AGREEMENT |
|---|---|
| Nº CO0030613 | Nº CO0030613 |
| DATADO DE 17 DE JUNHO DE 2013 | DATED 17 JUNE, 2013 |
| São partes neste contrato: | The parties entitled to this contract are: |
| A) **KEY FINANCIAL INVESTMENT GROUP LLC**, doravante designada como DEVEDOR, uma empresa devidamente constituida e validamente existente conforme as Leis do Estado da Florida, U.S.A., com sede no endereço 445 Grand Bay Drive, Apt.401, Key Biscayne, Florida, 33149, U.S.A. representada neste instrumento de acordo com seu estatuto; | A) **KEY FINANCIAL INVESTMENT GROUP LLC,** hereinafter referred to as "BORROWER", a company duly organized and validly existing in accordance with the laws of the State of Florida, U.S.A., domiciled at 445 Grand Bay Drive Apt.401, Key Biscayne, Florida, 33149, U.S.A., represented in this instrument in accordance with its Bye-law; |
| e | and |
| B) **RURAL INTERNATIONAL BANK LTD.**, doravante designado **BANCO**, com sede na West Bay Street, Caves Village, Unit No. 7, Nassau, New Providence, Bahamas, representado neste instrumento de acordo com seu estatuto. | B) **RURAL INTERNATIONAL BANK LTD.**, (hereinafter referred to as "**The LENDER**"), with Head Office at West Bay Street, Caves Village, Unit No. 7, Nassau, New Providence, Bahamas, represented herein according to its bylaw. |
| As partes acima qualificadas decidem, de comum acordo, celebrar o presente Contrato de Conta Garantida mediante as seguintes cláusulas e condições: | The above qualified parties, in a joint consent, decided to execute this Revolving Credit Agreement in accordance with the following terms and conditions: |
| CLÁUSULA I - O CRÉDITO | CLAUSE I - THE CREDIT FACILITY |
| 1.1 - A linha de crédito (o Crédito) aprovada pelo BANCO para o DEVEDOR é no valor de USD3,500,000,00 (Três milhões e quinhentos mil dólares norte-americanos). | 1.1 - The credit facility (the Credit Facility) approved by the LENDER in favor of the BORROWER is in the amount of USD3,500,000.00 (Three million five hundred thousand U.S. dollars). |
| 1.2 – A linha de crédito terá início no dia 17 de Junho de 2013 e terminará no dia 12 de Novembro de 2013. | 1.2 – The Credit Facility shall commence on 17th day of June, 2013 and shall mature on November 12th, 2013. |
| 1.3 - O DEVEDOR poderá solicitar saques ao BANCO de qualquer valor sob o limite referido no item 1.1 acima a qualquer tempo e efetuar qualquer pagamento também a qualquer tempo durante o período mencionado no item 1.2 acima. | 1.3 - The BORROWER may request the LENDER to draw any amount under the limit mentioned in above item 1.1 at any time and may repay back any amount also at any time during the period mentioned in item 1.2 above. |
| 1.4 - Todo e qualquer saque será creditado na conta do DEVEDOR junto ao BANCO. O DEVEDOR, pelo presente, autoriza o BANCO a | 1.4 - Any and all drawings shall be credited to the BORROWER's account with the LENDER. The BORROWER hereby authorizes the LENDER to debit its account for any amount of principal or |

| | |
|---|---|
| debitar sua conta referente a qualquer valor para liquidação de seu débito, seja de principal ou de juros. | interest in repayment of its debt. |
| **CLÁUSULA II - JUROS** | **CLAUSE II - INTEREST** |
| 2.1 - Todos os saques efetuados estarão sujeitos a juros à taxa de 8% (oito vírgula) por cento ao ano e serão calculados com base em um ano de 360 dias. | 2.1 - All drawings shall bear interest at the rate of 8% (eight) percent per annum and shall be calculated based on a year of 360 days. |
| 2.2 - O pagamento de juros deverá ser feito na data em que o BANCO receber qualquer remessa do DEVEDOR para pagamento ou amortização do CRÉDITO, seja total ou parcial. | 2.2 - The payment of interest shall be made on the date the LENDER receives any transfer from the BORROWER for settlement of the CREDIT FACILITY, partially or in full. |
| 2.3 - Um novo período de juros terá início a cada vez que o BANCO receber qualquer remessa para reduzir o saldo devedor do CRÉDITO. | 2.3 - A new period of interest shall start at each time the LENDER receives any remittance to reduce the outstanding debt of the Credit Facility. |
| 2.4 - Caso o DEVEDOR solicite um novo saque parcial, os juros serão calculados para cada período, de modo que os juros a serem pagos na próxima data de pagamento serão a soma dos juros devidos para cada período, calculados sobre os respectivos saldos devedores. | 2.4 - In the event the BORROWER requests a new partial drawing, interest shall be calculated for each period, so that total interest to be paid at the next payment date shall be the sum of interest due for each period calculated on the respective outstanding debt. |
| **CLÁUSULA III - AMORTIZAÇÃO** | **CLAUSE III - REPAYMENT** |
| 3.1 - O DEVEDOR poderá efetuar transferências para amortização do principal e dos juros a qualquer época. Qualquer valor que o DEVEDOR remeter para o BANCO será utilizado, primeiramente, para amortizar os juros calculados sobre os saldos devedores até a data em que a remessa se tornar disponível para o BANCO, e o saldo remanescente será aplicado na redução do valor do principal. | 3.1 – The BORROWER may send transfers in settlement of principal and interest at any time. Any amount the BORROWER sends to the LENDER shall be used initially to settle down all interest calculated on the outstanding debt up to the date funds of the transfer are available to the LENDER, and the remaining balance shall be used to reduce the outstanding debt of the principal. |
| 3.2 - O pagamento ou pagamentos de quaisquer valores sob o presente contrato, seja de principal ou de juros, deverá ser feito sem qualquer compensação e livre de quaisquer deduções relativas a impostos, taxas, encargos, empréstimos compulsórios ou outras retenções ou deduções e, portanto, sem limitação em virtude de qualquer determinação legal ou decreto presente ou futuro que cause ou permita que seja invocado qualquer alteração no prazo, valor, moeda, ou forma de pagamento que o DEVEDOR estiver sujeito sob o presente contrato, ou, ainda, por qualquer compromisso ou acordo que o DEVEDOR possa fazer, incluindo concordata ou falência. Se, a qualquer tempo, qualquer lei ou decreto, exigir que o DEVEDOR faça qualquer dedução ou retenção de qualquer pagamento ou pagamentos, a soma devida pelo | 3.2 - The repayment or repayments of any amount or amounts under this contract as principal or interest shall be made without set-off or counterclaim and free and clear of and without deductions for any taxes, charges, levies, compulsory loans or other withholdings or deductions and otherwise without limitation by reason of any law, regulation or decree in effect at any time which cause or permit to be invoked any alteration in the time, amount, currency or manner of payment by the BORROWER of any and all payments hereunder, and without being affected by any compromise or arrangement made by the BORROWER (including creditors' agreement or bankruptcy). If at any time any applicable law requires the BORROWER to make any such deduction or withholding from any such payment or payments, the sum due by the BORROWER in |

3

| | |
|---|---|
| DEVEDOR relativa a tal pagamento ou pagamentos deverá ser aumentada na extensão necessária para assegurar que, depois de se fazer a dedução ou retenção, o BANCO receba um valor líquido igual ao que ele receberia, caso tal dedução ou retenção não fosse exigida. | respect of such payment shall be increased to the extent necessary to ensure that after the making of such deduction or withholding the LENDER shall receive a net sum equal to the sum which it would have received had no such deduction been required to be made. |
| **CLÁUSULA IV**<br>**VENCIMENTO ANTECIPADO DO CONTRATO** | **CLAUSE IV**<br>**EVENTS OF DEFAULT** |
| 4 - O BANCO poderá considerar vencido este contrato, antes de atingir as datas de vencimento aqui estabelecidas e terá, conseqüentemente, o direito de exigir do DEVEDOR sua imediata amortização total, sem necessidade de qualquer interpelação judicial ou extra-judicial, caso ocorra qualquer um dos seguintes eventos: | 4. The LENDER will consider this contract due prior to the maturity date fixed herein and will therefore have the right of claiming its immediate repayment without the necessity of any judicial or extra-judicial notification to the BORROWER in the occurrence of any of the following events: |
| a) se o DEVEDOR deixar de cumprir qualquer cláusula do presente contrato; | a) In case of any default by the BORROWER in the accomplishment of any obligation set forth herein. |
| b) se ocorrer o protesto contra o DEVEDOR durante a validade deste contrato, relativo a qualquer título emitido ou aceito pelo DEVEDOR, exceto se o DEVEDOR provar, no prazo de 7 dias da data de tal ocorrência, a liquidação de tal título ou fizer sua contestação pelos meios legais; | b) In case of the existence of any protest or claim during the validity of this contract against any bill issued or accepted by the BORROWER, except if the BORROWER may, in the course of 7 (seven) days thereof, prove the settlement of said quarrel or its refutation by legal means; |
| c) se o DEVEDOR se tornar inadimplente junto a seus credores ou se requerer falência ou concordata; | c) If the BORROWER becomes indebted with its creditors or filled petition in bankruptcy; |
| d) se o DEVEDOR for considerado insolvente em qualquer circunstância; | d) If the BORROWER may be considered in any circumstance as insolvent or bankrupt; |
| **CLÁUSULA V - GARANTIAS** | **CLAUSE V – GUARANTEE** |
| 5 - O DEVEDOR se compromete a entregar ao BANCO, como garantia do presente contrato, uma carta de crédito bancária irrevogável no valor suficiente para cobrir o montante de principal mais juros desta linha de crédito. | 5 – The BORROWER undertakes to deliver to the LENDER, in guarantee of this agreement, an irrevocable Standby Letter of Credit in an amount to cover the total of principal plus interest of this credit facility. |
| **CLÁULSULA VI - DECLARAÇÕES** | **CLAUSE VI – WARRANTIES** |
| 6 - O DEVEDOR declara e atesta para o BANCO que: | 6. The BORROWER represents and warrants to the LENDER that: |
| a) ele é uma empresa devidamente constituída sob as leis e jurisdição de sua sede, tem plenos poderes e capacidade para assinar e assumir os compromissos sob o presente contrato, desempenhando as obrigações aqui estipuladas; | a) It is duly incorporated under the laws of the jurisdiction of its incorporation, has full power and capacity to sign and execute this contract, to execute and to undertake and perform the obligations assumed by it herein; |
| b) ao assinar e executar este contrato, assumir os compromissos e desempenhar as obrigações | b) The signing and the execution of this contract, and the undertaking and performance by it of the |

| | |
|---|---|
| aqui exigidas, isto não estará em conflito e nem resultará em quebra dos termos e provisões previstos em seu estatuto ou documentos de sua constituição, ou leis de jurisdição de sua sede, ou qualquer contrato ou outro instrumento no qual seja parte ou ao qual estaria vinculado; | obligations assumed by it herein will not conflict with, or result in a breach of or default under, any of the terms or provisions of its constituting documents, the laws of the jurisdiction of its incorporation, or any agreement or instrument to which it is a party or by which it is bound or in respect of indebtedness in relation to which it is a surety; |
| c) após a aposição de sua assinatura neste instrumento, este contrato tornar-se-á uma obrigação válida, formal e legal a que estará sujeito; | c) Upon due execution and delivery on its behalf, this contract will constitute its legal, valid, binding and enforceable obligation; |
| d) todas as autorizações, consentimentos e aprovações necessárias e exigidas para o bom desempenho e execução deste contrato foram obtidas e estão em pleno efeito e vigor. | d)     All authorizations, consents and approvals required by it for or in connection with the signing and obligations undertaken by it herein have been obtained and are in full force and effect. |
| **CLÁUSULA VII - FORO** | **CLAUSE VII - GOVERNING LAW** |
| 7 - As partes elegem o foro da Cidade de Nassau, Bahamas, para dirimir quaisquer dúvidas oriundas do presente contrato, o qual estará sujeito às Leis das Bahamas. | 7. The parties agree that the provisions of this contract shall be governed by and interpreted in accordance with the laws in the City Nassau, The Bahamas. |
| Estando, assim, justos e contratados, assinam as partes o presente instrumento em duas (2) vias de idêntico teor e para um só efeito. | In witness whereof this contract has been signed and shall be executed beginning the day and year as below and signed in two (2) counterparts of identical content and for one sole purpose. |

DEVEDOR :
BORROWER:       _____
                KEY FINANCIAL INVESTMENT GROUP LLC


BANCO :
LENDER:         _____
                RURAL INTERNATIONAL BANK.