# EXHIBIT E

PROMISSORY NOTE

Place of Issue : Nassau, Bahamas                                    Date of Issue : June 17th, 2013

For value received we, KEV FINANCIAL INVESTMENT GROUP LLC, ("the Issuer") domiciled at 445 Grand Bay Drive Apt. 401, Key Biscayne, FL 33149, USA, hereby irrevocably and unconditionally promise to pay to RURAL INTERNATIONAL BANK LIMITED or to order on June 12th, 2014 ("the maturity date") the sum of effective US$5,343,483.49 (Five million, three hundred forty three thousand, four hundred eighty three U.S. dollars and forty nine cents) with accrued interest at the rate of 8%a.a, according to the Loan Agreement number CO0040613 signed on this date.

Effective payment to be made in United States of America dollars without set-off or counterclaim and shall be free and clear of and without deduction or withholding for any tax, impost, and/or levies present or future of any nature. If the issuer is required by law to deduct or withhold any tax, levy, duties or impost from or in respect of the sum payable hereunder, the sum payable shall be increased as necessary so that after making all required deductions and withholdings, the Bank or the Holder of this Promissory Note receives an amount equal to the sum it would have received had no such deductions or withholdings been made.

We confirm that all necessary governmental consents and approvals have been obtained and have been and will be complied with and are and will be in full force and effect for the valid issuance of this Promissory Note to enable payment to be made to the Bank or Order on the due date.

In the event this Promissory Note remains unpaid on the Maturity Date, the Issuer agrees to pay all costs of collection, including attorney's fees as well as default interest shall be paid from the Due Date to the date good funds are received by the Bank or Holder at the applicable six month LIBOR rate, as fixed at 11:00 a.m. London time, on the Due Date plus 4,5 % per annum. Interest shall be computed on the basis of actual days elapsed over a year consisting of 360 days.

This Promissory Note constitutes a direct, unconditional and unsecured obligation of the issuer ranking at least pari passu with all other unsecured and un-subordinated similar obligations of the Issuer resulting from any borrowings or guarantees.

The Issuer waives diligence, presentment, demand, protest notice or non-payment notice, dishonour and any other notice whatsoever with respect to this Promissory Note.

This Promissory Note shall be governed by and construed in accordance with the laws of Nassau, Commonwealth of The Bahamas, without regard to the conflicts provisions thereof. The Borrower irrevocably submits to the non-exclusive jurisdiction of the Courts of Nassau, Bahamas, in any action to enforce the provisions of this Promissory Note and waives the defence of an inconvenient forum. The Borrower waives the right to trial by jury. The Borrower waives any claim of immunity from attachment prior to judgement as well as any immunity from attachment in aid of execution upon a judgement.

For and on behalf of

KEV FINANCIAL INVESTMENT GROUP LLC

_____
The Manager