UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RURAL INTERNATIONAL BANK
LIMITED (In Liquidation) a corporation
organized under the laws of the
Commonwealth of the Bahamas,

        Plaintiff,

vs.

KEY FINANCIAL INVESTMENT GROUP
LLC, a dissolved Florida limited liability
company, and GEOFINANCE LIMITED,

        Defendants.

_____/

Case No. 16-22280-Civ-COOKE/TORRES

## AFFIDAVIT OF JOSEPH L. REBAK IN COMPLIANCE WITH REQUIREMENT TO FILE CERTIFIED COPY OF FINAL JUDGMENT UNDER FLA. STAT. §55.10 (1).

STATE OF FLORIDA               )
                                             ) ss:
COUNTY OF MIAMI-DADE    )

    Before me, the undersigned authority, personally appeared Joseph L. Rebak, who being duly sworn states as follows:

    1. My name is Joseph L. Rebak. I am an attorney at Akerman LLP and the legal representative of Rural International Bank Limited. I make this affidavit in support of the attached Certified Copy of Final Judgment and to comply with the requirements for filing in the Miami-Dade county official records under Fla. Stat. §55.10 (1). The facts in this affidavit are based on my own personal knowledge.

    2. Rural International Bank Limited's address is c/o FT Consultants Ltd, 1st Floor, Goodman's Bay Corporate Centre, West Bay Street, PO Box N3932, Nassau, Bahamas. Rural International Bank Limited is the creditor under the attached judgment.

60515155;1

3. Key Financial Investment Group LLC's last known address is 104 Crandon Blvd., Suite 311, Key Biscayne, Florida 33149. Key Financial Investment Group LLC is the first debtor under the attached judgment.

4. Geofinance Limited's last known address is: c/o The Prentice Hall Corporation System, Inc. 251 Little Falls Drive, Wilmington, Delaware 19808. Geofinance Limited is the second debtor under the attached judgment.

5. The record of the Final Judgment in the Southern District of Florida attached with this affidavit is a true and correct certified copy of the Court's Order on October 25, 2017.

_____
Joseph L. Rebak, Esq.

Sworn to and subscribed before me by means of __X__ physical presence or _____ online notarization, this 20th day of October 2021, by Joseph L. Rebak, Esq.

_____
Notary Public – State of Florida

Susan Ryan
_____
Name of Notary Public:

SUSAN RYAN
Notary Public-State of Florida
Commission # HH 165324
My Commission Expires
August 16, 2025

Personally Known __X__ OR Produced Identification _____
Type of Identification Produced:

2

60515155;1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-22280-Civ-COOKE/TORRES

RURAL INTERNATIONAL BANK
LIMITED, (In Liquidation), a
corporation organized under the laws of the
Commonwealth of the Bahamas,

    Plaintiff,

vs.

KEY FINANCIAL INVESTMENT GROUP
LLC, a dissolved Florida limited liability
company, and GEOFINANCE LIMITED,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order on Cross Motions for Summary Judgment (ECF No. 180), it is **ORDERED and ADJUDGED** that final judgment is entered in favor of the Plaintiff, Rural International Bank Limited, and against the Defendants, Key Financial Investment Group LLC and Geofinance Limited, as to Counts I, II, III, IV, V, VI, and VII of the Complaint. The Plaintiff is awarded damages in the amount of $20,819,057.02, together with pre- and post-judgment interest, which shall accrue at the rate of $4,415.06 per diem from August 11, 2017, for which sum let execution issue.

**DONE and ORDERED** in Chambers, Miami, Florida, this 25TH day of October 2017.

_Marcia G. Cooke_
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*

*Counsel of record*